UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SOUTHERN SNOW MFG. CO., INC.<br>v.<br>SNOWIZARD, INC.<br>_____<br>PLUM STREET SNOBALLS, THEODORE EISENMANN, RAGGS SUPPLY, LP, SPECIAL T ICE CO., INC., VAN'S SNOWBALLS, PARASOL FLAVORS, LLC, SIMEON, INC., SOUTHERN SNOW MFG. CO., INC., & SNOW INGREDIENTS, INC.<br>v.<br>SNOWIZARD, INC. & RONALD R. SCIORTINO | CIVIL ACTION<br>CASE NO.   06-9170 *<br>   c/w      09-3394 *<br>            10-0791 *<br>            11-1499 *<br>REF: *<br>SEC. G,<br>   JUDGE NANNETTE JOLIVETTE BROWN<br>MAG. 1, MAG. J. SALLY SHUSHAN<br>JURY DEMANDED |

### NOTICE OF APPEAL TO FEDERAL CIRCUIT

WHERE the consolidated civil actions appealed under 28 USC §1295(a)(1) include substantial dispositive issues of validity and infringement of 2 U.S. Patents under U.S. patent law at 35 USC §1, *et seq.*, and of patent false marking under 35 USC §292;

PLEASE TAKE NOTICE that all Plaintiffs, • **Plum Street Snoballs**, • **Theodore Eisenmann**, • **Raggs Supply, LP**, • **Special T Ice Co., Inc.**, • **Van's Snowballs**, • **Parasol Flavors, LLC**, • **Simeon, Inc.**, • **Southern Snow Mfg. Co., Inc.**, & • **Snow Ingredients, Inc.**, and Counter-Defendants • **Milton G. Wendling, Jr.** & • **Banister & Co., Inc.**, appeal to the **U.S. Court of Appeals for the Federal Circuit** the final judgment and post-trial and interlocutory orders in consolidated Cases Nos. 06-9170, c/w 09-3394, 10-0791, & 11-1499, including:

- Order (Rec.Doc.711, 5-AUG-2013) denying Plaintiffs' Rules-50-59 motion (Rec.Doc.677);
- Order (Rec.Doc.709, 31-JUL-2013) granting-in-part Defendant's Rule-59 motion (Rec.Doc.676);
- Judgment on Jury Verdict (Rec.Doc.665, 5-MAR-2013) final judgment;
- Order (Rec.Doc.651, 25-FEB-2013) that allegedly fraudulent applications for patents and trademarks do not constitute antitrust violations and may not serve as evidence of anti-competitive conduct for Plaintiffs' antitrust claims under 15 USC §§2, 15, & 26;
- Order on Summary Judgment (Rec.Doc.621, 30-JAN-2013) dismissing Plaintiffs' claims in consolidated Case No. 11-1499;
- Order (Rec.Doc.610, 15-JAN-2013) denying Plaintiffs' motion *in limine* (Rec.Doc.578);
- Order (Rec.Doc.605, 14-DEC-2012) Rule-12 dismissal of Plaintiffs' Civil-RICO claims;
- Order (Rec.Doc.561, 27-SEP-2012) Rule-12 dismissal of Plaintiffs' Civil-RICO claims;

- Order on Summary Judgment (Rec.Doc.336, 18-APR-2011) dismissing Plaintiffs' claims re 2 trademarks;
- Order on Summary Judgment (Rec.Doc.333, 18-APR-2011) of validity of 2 trademarks;
- Order on Summary Judgment (Rec.Doc.332, 18-APR-2011) dismissing Plaintiffs' Lanham-Act false-advertising claims;
- Order (Rec.Doc.162, 17-AUG-2010) Rule-12 dismissal of Plaintiffs' claims under 15 USC §1120;
- Order on Summary Judgment (Rec.Doc.09-3394-56, 25-FEB-2010) dismissing Plaintiffs' claims under 15 USC §1120 & La R.S. 51:1405, *et seq.*; and
- Any other interlocutory order entered in the consolidated cases; and
- Any order entered after the date of this Notice of Appeal.

After the final judgment, the Judgment on Jury Verdict (Rec.Doc.665) was entered 5 March 2013, timely motions by both Plaintiffs and Defendant, under Rule 50 and Rule 59, were made, and were disposed of by the District Court on 31 July 2013 and 5 August 2013, and this Notice of Appeal to the U.S. Court of Appeals for the Federal Circuit under 28 USC §1295(a)(1) is timely.

The Plaintiffs' pending Rule-60 motion (Rec.Doc.701, filed 13-MAY-2013) was filed more than 28 days after the entry of final judgment, and therefore does not toll the time to appeal under FRAP 4(a)(4)(A)(vi).

The Defendant's pending Rule-54 motion for attorney fees (Rec.Doc.669, filed 19-MAR-2013) was not accompanied by any Rule-58(e) extension of time to appeal by the district court, and therefore does not toll the time to appeal under FRAP 4(a)(4)(A)(iii).

—CERTIFICATE OF SERVICE—
This document is filed via CM/ECF and is therefore served on all counsel, this 8 August 2013.

RESPECTFULLY SUBMITTED:
*Attorney for Plaintiffs & Counter-Defendants*

Mark Edw. Andrews
Louisiana Bar No. 26172
ANDREWS ARTS & SCIENCES LAW, LLC
7104 Coliseum St., New Orleans, LA  70118
504-383-3632
mea@mealaw.com