# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF ENTRY OF JUDGMENT WITHOUT OPINION

JUDGMENT ENTERED: 07/13/2015



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   JUL 16 2015
WILLIAM W. BLEVINS
CLERK

The judgment of the court in your case was entered today pursuant to Rule 36. This Court affirmed the judgment or decision that was appealed. None of the relief sought in the appeal was granted. No opinion accompanied the judgment. The mandate will be issued in due course.

Information is also provided about petitions for rehearing and suggestions for rehearing en banc. The questions and answers are those frequently asked and answered by the Clerk's Office.

Each side shall bear its own costs.

Regarding exhibits and visual aids: Your attention is directed to FRAP 34(g) which states that the clerk may destroy or dispose of the exhibits if counsel does not reclaim them within a reasonable time after the clerk gives notice to remove them. (The clerk deems a reasonable time to be 15 days from the date the final mandate is issued.)

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

cc: Jack Edward Morris
John William Waters Jr.

14-1389 - Southern Snow Manufacturing v. SnoWizard Holdings, Inc.
United States District Court for the Eastern District of Louisiana, Case No. 2:06-cv-09170-NJB-SS, 2:09-cv-3394-NJB-SS, 2:10-cv-0791-NJB-SS, 2:11-cv-1499-NJB-SS

____ Fee _____
____ Process _____
X   Dktd _____
____ CtRmDep _____
____ Doc. No. _____